```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

AXA INSURANCE COMPANY,

        Plaintiff,
v.
                        Case No. 8:09-cv-1032-T-33AEP
TRADEWINDS AVIATION, LLC,
ET AL.,

        Defendants.
_____/

## ORDER

This cause comes before the Court pursuant to Defendant, Julie A. Gonzalez's Notice of Conflict (Doc. # 24), filed on November 13, 2009.

Defendant Julie A. Gonzalez's counsel indicates that he is currently scheduled to try another civil case in the Middle District of Florida during the October 2010 trial term.

The Court notes that trial scheduling matters will be addressed during the pretrial conference in this case, which is currently scheduled to take place on September 10, 2010. Mindful that court schedules are subject to change, this Court directs counsel for Defendant to re-raise this potential conflict at the time of the pretrial conference. Counsel for Plaintiff should also reserve similar scheduling questions and concerns for the pretrial conference. This Court will do all within reason to accommodate the trial schedules of counsel.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

This Court will address scheduling issues during the pretrial conference in this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>13th</u> day of November 2009.

／s／ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record