UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AXA INSURANCE COMPANY,

    Plaintiff,

v.

    Case No. 8:09-cv-1032-T-33AEP

TRADEWIND AVIATION, LLC, ET AL.,

    Defendants.
_____/

## ORDER

This matter is before the Court *sua sponte*. On November 9, 2009, the Court entered an Order referring this case to mediation and directing Plaintiff to file a Notice of Selection of Mediator and Scheduling of Mediation within ten days of the date of that Order. (Doc. # 23). Plaintiff has not complied with the Court's November 9, 2009, Order. Accordingly, if Plaintiff is still interested with prosecuting this lawsuit, Plaintiff is directed to file a Notice of Selection of Mediator and Scheduling of Mediation within ten days of the date of this Order. Failure to comply with the terms of this Order will result in the issuance of an Order to Show Cause for lack of prosecution.

Accordingly, it is

**ORDERED, ADJUDGED, and DECREED:**

Plaintiff shall file a Notice of Selection of Mediator and

Scheduling of Mediation within ten days of the date of this Order.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>2nd</u> day of April 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record